AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-mj-00141-RMM |
| MATTHEW PATRICK KOHLER | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT MATTHEW PATRICK KOHLER .

Date: 04/30/2024

/s/ *John M. Pierce*

John M. Pierce
*Printed name and bar number*

John Pierce Law P.C.
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367

*Address*

jpierce@johnpiercelaw.com
*E-mail address*

(662) 665-1061
*Telephone number*

*FAX number*