AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00141 |
| Matthew Patrick Kohler | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 4/23/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Matthew Patrick Kohler__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 04/23/2024

*Issuing officer's signature*
2024.04.23 14:51:11 -04'00'

City and state: Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) __04/23/2024__, and the person was arrested on (date) __04/25/2024__
at (city and state) __San Jose, CA__.

Date: __04/25/2024__

*Arresting officer's signature*

Katherine Wilson - Special Agent
*Printed name and title*

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  SARAH E. GRISWOLD (CABN 240326)
   Assistant United States Attorney
5
6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5061
      FAX: (408) 535-5081
8     sarah.griswold@usdoj.gov

   Attorneys for United States of America

**FILED**

Apr 25 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**SEALED BY ORDER OF THE COURT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW PATRICK KOHLER, <br><br> Defendant. | CASE NO. **CR 24-70642-MAG** <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on February 21, 2024, the above-named defendant is expected to be arrested pursuant to an arrest warrant (copy attached) issued upon an

☐   Indictment

☐   Information

☒   Criminal Complaint

☐   Other (describe) _____

pending in the District of Columbia, Case Number 1:24-mj-00141 RMM.

In that case (copy of complaint), the defendant is charged with violations of:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);

v. 7/10/2018

1  18 U.S.C. § 1752(a)(2) (Disorderly or Disruptive Conduct in a Restricted Building or Grounds);

2  40 U.S.C. § 5104(e)(2)(D) (Disorderly or Disruptive Conduct in a Capitol Building or Grounds);

3  and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

4  The maximum penalties are as follows:

5  18 U.S.C. § 1752(a)(1): Prison not more than 1 year, probation not more than 5 years, fine not to exceed $100,000, and special assessment of $25;

7  18 U.S.C. § 1752(a)(2): Prison not more than 1 year, probation not more than 5 years, fine not to exceed $100,000, and special assessment of $25;

9  40 U.S.C. § 5104(e)(2)(D): Prison not more than 6 months, probation not more than 5 years, fine not to exceed $5,000, and special assessment of $10; and

11  40 U.S.C. § 5104(e)(2)(G): Prison not more than 6 months, probation not more than 5 years, fine not to exceed $5,000, and special assessment of $10.

Respectfully Submitted,

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

Date: April 25, 2024

*Sarah E. Griswold*
SARAH E. GRISWOLD
Assistant United States Attorney

v. 7/10/2018

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 38 minutes | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK William F. Tabunut | LIBERTY RECORDER: 10:36am - 11:14am | |
| MAGISTRATE JUDGE Kandis A. Westmore | DATE 4/25/2024 | NEW CASE ☐ | CASE NUMBER 5:24-mj-70642-MAG-1 |

### APPEARANCES

| DEFENDANT Matthew Kohler | AGE | CUSTY Y | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Andrew Paulson | | INTERPRETER | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Bradley Wilson | | DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR 7 minutes | ☐ PRELIM HRG | ☒ MOTION 1 minute | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL 3 minutes | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or S/R | ☐ OTHER |
| ☒ DETENTION HRG 26 minutes | ☒ ID / REMOV HRG 1 minute | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME: Matthew Parker Kohler |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☒ PASSPORT SURRENDERED DATE: if found |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT POST BAIL | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF COLUMBIA

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED PURSUANT TO RULE 5.1 | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Motion to unseal case is granted. Defendant appearing on Rule 5 out of the District of Columbia. Defendant waives identity and removal hearing. Government declines to seek detention, matter argued and submitted as to terms and conditions of release. DPPA advised.

DOCUMENT NUMBER:

Case 1:24-mj-00141-RMM   Document 8   Filed 04/26/24   Page 5 of 8

AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED

APR 25 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America | Case No. 24-mj-70642-MAG-1 (KAW) |
| v. | *SEALED* |
| MATTHEW PATRICK KOHLER, | Charging District: District of Columbia |
| Defendants. | Charging District's Case No.: 1:24-mj-00141 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: 333 Constitution Avenue N.W. | Courtroom No.: Zoom |
| Washington D.C. 20001 | Date and Time: May 2, 2024, 12:30pm EST |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: April 25, 2024

_____
Kandis A. Westmore
United States Magistrate Judge

Transfer_No-Custody_CR_AO 467_CSA
rev. 3-19

CLOSED,REMOVE

# U.S. District Court
## California Northern District (San Jose)
## CRIMINAL DOCKET FOR CASE #: 5:24-mj-70642-MAG-1

Case title: USA v. Kohler

Date Filed: 04/25/2024

Date Terminated: 04/25/2024

Assigned to: Magistrate Judge

**Defendant (1)**

**Matthew Patrick Kohler**
*TERMINATED: 04/25/2024*

represented by **Joyce Leavitt**
Federal Public Defender's Office
1301 Clay St
Suite 1350N
Oakland, CA 94612
(510) 637-3500
Email: joyce_leavitt@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Sarah Elizabeth Griswold**<br>U.S. Attorney's Office, Northern District of California<br>150 Almaden Blvd.<br>Suite 900<br>San Jose, CA 95113<br>408-535-5061<br>Fax: 408-535-5081<br>Email: Sarah.Griswold@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2024 | | Set Hearing as to Defendant Matthew Patrick Kohler<br>Initial Appearance - RULE 5 set for 4/24/2024 10:30 AM before Magistrate Judge Kandis A. Westmore. (cfe, COURT STAFF) (Filed on 4/25/2024) (Entered: 04/25/2024) |
| 04/25/2024 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Matthew Patrick Kohler. (cfe, COURT STAFF) (Filed on 4/25/2024) (Entered: 04/26/2024) |
| 04/25/2024 | 2 | Minute Entry<br>for proceedings held before Magistrate Judge Kandis A. Westmore: Initial Appearance; ID of Counsel, Motion Hearing, Detention, & Removal Hearing as to Matthew Patrick Kohler held on 4/25/2024. Plea of not guilty as to Patrick Parker Kohler. CJA23 Submitted as to Matthew Patrick Kohler. Motion to UNSEAL case is granted. Defendant appearing on Rule 5 out of the District of Columbia. Defendant waives identity and removal hearing. Government declines to seek detention, matter argued and submitted as to terms and conditions of release. DPPA advised Ordered REMOVED to District of Columbia.<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>Plaintiff's Attorney: Andrew Paulson.<br>Defendant's Attorney:Joyce Leavitt.<br>Pretrial Officer: Brady Wilson.<br>Liberty: 10:36am-11:14am (38 mins).<br><br>Defendant Present: Yes.<br>Defendant in Custody: Yes.<br><br>(cfe, COURT STAFF) (Filed on 4/25/2024) (Entered: 04/26/2024) |
| 04/25/2024 | 3 | CJA 23 Financial Affidavit by Matthew Patrick Kohler (cfe, COURT STAFF) (Filed on 4/25/2024) (Entered: 04/26/2024) |
| 04/25/2024 | 4 | **ORDER Setting Conditions of Release OR\* Bond Entered as to Matthew Patrick Kohler. Signed by Magistrate Judge Kandis A. Westmore on 4/25/24.** |

| | | |
|---|---|---|
| | | *On the record as OR - post hearing information from CRD. (cfe, COURT STAFF) (Filed on 4/25/2024) (Entered: 04/26/2024) |
| 04/25/2024 | 5 | **ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Matthew Patrick Kohler. Defendant committed to District of Washington DC. Signed by Magistrate Judge Kandis A. Westmore on 4/25/24. (cfe, COURT STAFF) (Filed on 4/25/2024) (Entered: 04/26/2024)** |
| 04/26/2024 | 6 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to WASHINGTON DC of a Rule 5, Rule 32, or Rule 40 Appearance as to Matthew Patrick Kohler. Your case number is: 1:24-mj-00141. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (cfe, COURT STAFF) (Filed on 4/26/2024) (Entered: 04/26/2024) |